UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **NICHOLAS JAMES VONTZ**, <br><br> Plaintiff, <br><br> v. <br><br> **JANE/JOHN DOES**, <br><br> Defendant. | 2:19-cv-12735 <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter is before the Court on Magistrate Judge Patricia T. Morris's Report and Recommendation of October 14, 2020 (ECF No. 15) recommending that Plaintiff's Motion Seeking Leave to Amend his Complaint be **GRANTED**.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report… to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of October 14, 2020 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Morris's Report and Recommendation of October 14, 2020 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Plaintiff's Motion Seeking Leave to Amend his Complaint is **GRANTED**.

**IT IS SO ORDERED.**

Dated: December 4, 2020        s/Terrence G. Berg
                               TERRENCE G. BERG
                               UNITED STATES DISTRICT JUDGE