UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **NICHOLAS VONTZ,**<br><br>Plaintiff,<br><br>vs.<br><br>**DALE MONROE, MICHAEL MITCHEFF, JAMIE JACKSON, STEPHANIE DENEAU, RACHEL BRUNER, ASHLEY WELLMAN, and JOSHUA UNKNOWN,**<br><br>Defendants. | 2:19-CV-12735-TGB-KGA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY MOTION FOR DEFAULT JUDGMENT** |

This matter is before the Court on Magistrate Judge Kimberly G. Altman's June 22, 2021 Report and Recommendation (ECF No. 51), recommending that Plaintiff's Motion for Default Judgment (ECF No. 47) be denied.

The Court has reviewed the Magistrate Judge's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district

1

court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id*.

Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept the Magistrate Judge's Report and Recommendation of June 22, 2021, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Altman's Report and Recommendation (ECF No. 51) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that the Plaintiff's Motion for Default Judgment (ECF No. 47) is **DENIED**.

**IT IS SO ORDERED**

Dated: November 30, 2021

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on November 30, 2021.

s/A. Chubb
Case Manager