UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **NICHOLAS VONTZ,**<br><br>Plaintiff,<br><br>vs.<br><br>**JOSHUA HOTALING,**<br><br>Defendant. | **2:19-CV-12735-TGB-KGA**<br><br><br>**JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITH PREJUDICE.**

Dated at Detroit, Michigan:  April 10, 2023.

　　　　　　　　　　　　　　　　　　KINIKIA ESSEX
　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

　　　　　　　　　　　　　　　　　　s/A. Chubb
　　　　　　　　　　　　　　　　　　Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE